UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MISSOURI

CRIMINAL CASE COVER SHEET

**County of Offense / Division of Filing**

Greene / Southern

**Matter to be Sealed**
☐ Secret Indictment
☐ Juvenile

**Defendant Information**

| | |
|---|---|
| Defendant Name: | David L. Miller, Jr. |
| Alias Name: | |
| Birth Date: | 00/00/1975 |

**Related Case Information**

Superseding Indictment? ☒ Yes ☐ No   If yes, original case number: 14-CR-3106-21-S-MDH
New Defendant(s)? ☒ Yes ☐ No

Prior Complaint Case Number, if any:

Prior Target Letter Case Number, if any:

**U.S. Attorney Information**

AUSA Randall D. Eggert

**Interpreter Needed?**

☐ Yes   Language and/or Dialect:
☒ No

**Location Status**

Arrest Date:

☐ Currently in Federal Custody
☐ Currently in State Custody
☐ Currently on Bond

**Writ Required?** ☒ Yes ☐ No
**Warrant Required?** ☒ Yes ☐ No

**U.S.C. Citations**

Total # of Counts   5

| Set | Index Key & Description of Offense Charged | Count(s) |
|---|---|---|
| 1 | 21:846=CD.F CONSPIRACY TO DISTRIBUTE CONTROLLED SUBSTANCE | 1 |
| 2 | 21:841A=NP.F NARCOTICS - POSSESSION WITH INTENT TO DISTRIBUTE | 10, 14, 64 |
| 3 | 21:841A=CD.F CONTROLLED SUBSTANCE - SELL, DISTRIBUTE, OR DISPENSE | 13 |
| 4 | | |

(May be continued on reverse)